IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>BANCHERO'S ITALIAN DINNERS, INC.;<br>JOHN S. BANCHERO; and DOES 1-25,<br>Inclusive,<br><br>    Defendants.<br>                                                                    / | No. C 06-06358 WHA<br><br>**ORDER RE CONSENT DECREE** |

The Court would prefer to wait on ruling on any consent decree until it can see the full settlement. By **AUGUST 9, 2007**, please let the Court know if this presents any problem.

**IT IS SO ORDERED.**

Dated:  August 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE