PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
CHERYL SMITH

JAMES A. SARRAIL, Esq. (SBN 43075)
IVANKA F. ACKBARI, Esq. (SBN 83123)
SARRAIL, LYNCH & HALL LLP
700 Airport Blvd., Ste. 420
Burlingame, CA 94010
Tel: (650) 685-9200
Fax: (650) 685-9206

Attorneys for Defendants:
BANCHERO'S ITALIAN DINNERS, INC.
JOHN S. BANCHERO

**RECEIVED**

SEP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANCHERO'S ITALIAN DINNERS, INC.; JOHN S. BANCHERO; and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. C-06-6358 WHA<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

　　1.　The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement as to injunctive relief has been memorialized in a separate Consent Decree and Order which was signed by the

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order for Dismissal: Case No. C06-6358 WHA**　　— 1 —

1  Court on ___August 3___, 2007. The agreement on damages, attorney fees,
2  litigation expenses and costs is the subject of a separate Settlement Agreement and Release.
3       2.    The payment of damages and attorney fees has been made by defendants, and by
4  the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to
5  enforce the injunctive relief terms.
6       3.    The parties therefore agree that, subject to the court's continuing jurisdiction
7  under the Consent Decree, the action shall be dismissed with prejudice.

Dated: July 30, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

_/s/ Julie Ostil_

Attorneys for Plaintiff
CHERYL SMITH

Dated: July 31, 2007

JAMES A. SARRAIL
IVANKA F. ACKBARI
SARRAIL, LYNCH & HALL, LLP

Attorneys for Defendants
BANCHERO'S ITALIAN DINNERS; JOHN S. BANCHERO

### ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed with prejudice.

Dated: September 17, 2007.

*IT IS SO ORDERED*
*Judge William Alsup*

HON. WILLIAM ALSUP
U.S. DISTRICT JUDGE

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order for Dismissal: Case No. C06-6358 WHA**

— 2 —